IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

Case No.: 4:25-cv-135

**IMAGE PROFESSIONALS GMBH** d/b/a
**STOCKFOOD**

Plaintiff,

v.

**PERFECT PLANTS NURSERY LLC**,

Defendant.

_____/

**DEFENDANT'S INITIAL DISCLOSURE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)**

Defendant, Perfect Plants Nursery LLC, by and through the undersigned counsel, pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, makes the following disclosures based on present knowledge:

(A)  Pursuant to Federal Rule of Civil Procedure 26(a)(1)(i), Defendant discloses the following individuals who may have discoverable information that Defendant may use to support its claims or defenses:

1.	Alex Kantor – manager of Perfect Plants. Knowledge of website, hiring of professional photographers and stock images subscriptions.

2.	Natalie Kantor – manager of Perfect Plants. Knowledge of finances, profits from Granny Smith Apple plant sales.

3.	Website administrator, still to be determined, Perfect Plants does not currently know the source of the disputed photograph or how long it was on the website.

4.	Witnesses disclosed by Stockfood in its Rule 26 Disclosure.

(B)	Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Defendant discloses the following descriptions, by category and location, of all documents, electronically stored information, and tangible things that Defendant has in its possession, custody, and control, and may use to support its claims or defenses:

1.	Defendant has access to website materials and is seeking from its administrator historical data to confirm when and where the disputed image came from.

2.	Defendant has financial records indicating the profits it made from selling Granny Smith Apples, the product related to the disputed

image, but has yet to determine what time range the disputed image was used.

3. Defendant has records related to hiring photographers to generate original photos for the majority of its website images. Defendant has a subscription for stock images to supplement the original photos.

(C) Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii), Defendant is not making a claim for damages.

(D) Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iv), Defendants state that they have provided the Plaintiff with a copy of the insurance agreement or policy disclosure.

Dated this 4th day of June, 2025.

/s/ James D. Morgan

_____
James D. Morgan
Florida Bar No. 91877
**O'HARA LAW FIRM,**
**Professional Association**
4811 Beach Boulevard, Ste. 303
Jacksonville, Florida  32207
jmorgan@oharalawfirm.com
Telephone:  (904) 346-3166
Facsimile:   (904) 346-5445
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon the parties hereto via the United States District Court - Northern District e-portal to Daniel DeSouza, Esquire, Copycat Legal, PLLC, 3111 N. University Drive, Suite 301, Coral Springs, FL 33065, this 4th day of June, 2025.

/s/ James D. Morgan

_____

James D. Morgan